UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: O'BRIEN, JANE

Case No.: 17-32518
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __01/16/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
485 Federal City Rd.
Pennington, NJ
Value: $349,000.00

Liens on property:
Real Time Solutions - $364,865.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32518-CMG
Jane Z. O'Brien                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2017
                            Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db           +Jane Z. O'Brien,    2339 Pennington Road,    Pennington, NJ 08534-5208
cr           +BANK OF AMERICA, N.A.,    485 Federal City Road,    Pennington, NJ 08534-4210
517164187   ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court:   Honda Financial Services,    PO Box 65507,
              Wilmington, DE 19808-0507)
517164186    +Bank of America N.A.,    KML Law Group,   216 Haddon Avenue,    Suite 406,
              Westmont, NJ 08108-2812
517164188    +Marie Tenaglia Fritz, Esq.,    Tenaglia & Hunt, PA for Wells Fargo,    395 West Passaic Street,
              Suite 205,   Rochelle Park, NJ 07662-3016
517164190    +Oswald and Zoschak,    34 Franklin Corner Road,    Lawrence Township, NJ 08648-2102
517164192    +Sean O'Brien,    2661 Main Street,    Apartment #4,   Lawrence Township, NJ 08648-1085
517164193    +Usaa Federal Savings Bank,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
517164194    +Usaa Svg Bk-,   10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
517164195    +Wells Fargo,   P.O. Box 10335,    Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:43     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:41      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517164189    +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 12 2017 23:21:38     Navy Federal Cr Union,
              Po Box 3000,   Merrifield, VA 22119-3000
517164191    +E-mail/Text: bkdepartment@rtresolutions.com Dec 12 2017 23:20:54     Real Time Resolutions,
              Attn: Bankruptcy,   Po Box 36655,   Dallas, TX 75235-1655
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Allen I Gorski    on behalf of Debtor Jane Z. O'Brien agorski@gorskiknowlton.com
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6