UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 17-32518-CMG

Jane Z. O'Brien

Chapter: 7

Judge: Gravelle

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
485 Federal City Rd., Pennington, NJ

JEANNE A. NAUGHTON, Clerk

Date: 01/10/2018    By: Alyson M. Guida

*rev.2/10/17*